

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 4 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 26th day of March, 2018, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| CECILIA BERTAUD, Appellant | On Appeal from the County Court at Law No. 4, Dallas County, Texas |
| No. 05-17-00789-CV        V. | Trial Court Cause No. CC-17-02830-D. Opinion delivered by Justice Whitehill. |
| WOLNER INDUSTRIES, INC., Appellee | Justices Bridges and Evans participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee WOLNER INDUSTRIES, INC. recover its costs of this appeal from appellant CECILIA BERTAUD.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 5th day of June, 2018.

_____
LISA MATZ, Clerk